**Motion Granted; Order filed September 5, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00176-CV

_____

## IN THE ESTATE OF BILLIE LEE MARTIN, DECEASED

---

**On Appeal from the County Court at Law**
**Waller County, Texas**
**Trial Court Cause No. P09-52**

---

# O R D E R

The clerk's record was filed July 31, 2013. Appellant filed a motion to correct and supplement the clerk's record. The record does not contain:

• Order Appointing Temporary Administrator and Granting Temporary Letters of Administration, filed July 16, 2009 (Ex. 1, item a; Ex. 2, item a; Ex. 3, item a);

• James Raymond's Notice of Appeal, filed August 3, 2012 (Ex. 2, item gg);

• 13 Applications to Pay Appointee Fees, filed on May 22, 2012;

• 13 Orders to Pay Appointees Fees, signed on September 25, 2012 (Ex. 3, item hh);

• Motion to Reconsider Orders to Pay Appointee Fees, filed October 23, 2012 (Ex. 3, item ii);

• Objection to Kim Oppenheim and Rachel Martin's Motion to Reconsider Orders to Pay Appointee Fees, filed on November 16, 2012 (Ex. 3, item jj);

• Order on Motion to Reconsider Orders to Pay Appointee Fees, signed on December 5, 2012 (Ex. 3, item kk);

• James Raymond's Request for Preparation of the Clerk's Record (in connection with the December 21, 2012 Notice of Appeal) (Ex. 3, item mm); and

• The Court's Docket Sheet (Ex. 2, item ii; Ex. 3, item nn).

The Waller County District Clerk is directed to file a supplemental clerk's record on or before October 7, 2013, containing the above-listed items. The Clerk is further directed to correct the Clerk's Record index, pagination, and electronic bookmarks to conform with 14th Court of Appeals Local Rule 2.2.b.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.

PER CURIAM